```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 16-60283-CIV-ZLOCH
```

PAUL WEINTRAUB,

    Plaintiff,

**FINAL ORDER OF DISMISSAL**

vs.

THE TIDES ON HOLLYWOOD BEACH
CONDOMINIUM ASSOCIATION, INC.,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Joint Stipulation For Dismissal With Prejudice And Notice Of Settlement (DE 20) filed herein by all Parties.  The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Stipulation For Dismissal With Prejudice And Notice Of Settlement (DE 20) filed herein by all Parties be and the same is hereby approved, adopted, and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

    3. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot; and

    4. The Court reserves jurisdiction solely for the purpose of enforcing the terms of the Parties' settlement agreement.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___25th___ day of July, 2016.

                                            WILLIAM J. ZLOCH
                                            United States District Judge

Copies furnished:

All Counsel of Record